[Civ. No. 1595.   Fourth Appellate District.—November 12, 1935.]

JAMES H. JORDAN, Respondent, v. PALO VERDE IRRI-
GATION DISTRICT, Appellant.

Stewart, Shaw & Murphey for Appellant.

A. Heber Winder for Respondent.

JENNINGS, J.— This motion for diminution of the record is in all respects similar to that presented in *Jordan* v. *Palo Verde Irr. Dist.*, No. 1594 (*ante*, p. 131 [51 Pac. (2d) 146]), this day decided.   For the reasons stated in the above-mentioned decision, the motion is denied.

Barnard, P. J., and Marks, J., concurred.